**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-1563

———————

JOSHUA ROGINSKY, by his next friend and father
Jacob Roginsky,

                                    Plaintiff - Appellant,

        versus

VERONICA BLAKE,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-04-507-AW)

———————

Submitted:  November 18, 2004        Decided:  November 23, 2004

———————

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Steven Catz, Washington, D.C., for Appellant. Veronica
Blake, Appellee Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jacob Roginsky appeals the district court's order denying relief on his civil rights complaint. We have reviewed the record and find no reversible error. Because Roginsky seeks to overturn final state court judgments against him, the district court lacked jurisdiction over his complaint. See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 486 (1983) (stating that the Rooker-Feldman abstention doctrine establishes that a district court lacks jurisdiction over a litigant's challenge to a state court decision, including challenges alleging the state court's action was unconstitutional). Thus, we affirm the district court's judgment on those grounds. Additionally, we deny Roginsky's motion to appoint counsel for Blake. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED